# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Daniel Clark,**

   *Plaintiff,*

**v.**                                                Case No.:   8:21-cv-0113-VMC-JSS

**Equifax Information Services, LLC,**

   *Defendant.*

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant, Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss the matter with prejudice.

Respectfully submitted on February 25, 2021.

                                                              */s/ Bridget L. Dow*
                                                              Bridget L. Dow, Esq.
                                                              Florida Bar No.: 1022866
                                                              BDow@SeraphLegal.com
                                                              1614 North 19th Street
                                                              Tampa, FL 33605
                                                              Tel: 813-567-1230
                                                              Fax: 855-500-0705
                                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Dow*
Bridget L. Dow, Esq.
Florida Bar No.: 1022866
BDow@SeraphLegal.com